**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

LINWOOD GERBER,            :   No. 656 MAL 2016

            Respondent         :
                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
           v.                     :

RALPH PIERGROSSI AND ROSANNE   :
PIERGROSSI AND JANET WIELOSIK,   :

            Petitioners          :

<u>**ORDER**</u>

**PER CURIAM**

      **AND NOW**, this 10th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.